THOMAS E. WILLOUGHBY
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SPECTRA RESOURCES CORPORATION,

                  Plaintiff,

- against -

M/V CMB YANGTZE, her engines, tackle,
boiler, etc., in rem, and BOCIMAR N.V.,
in personam,

                  Defendants.
------------------------------------------------------------X

Index No.:

AUG 08 2008

Rule 7.1 Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of Plaintiff's stock.

                         N O N E

Dated: New York, New York
         August 7, 2008

                                        HILL RIVKINS & HAYDEN
                                        Attorneys for Plaintiff
                                        By: _____
                                        Thomas E. Willoughby
                                        45 Broadway, Suite 1500
                                        New York, New York 10006
                                        (212) 669-0600